# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| GRACIELA SEGURA, | ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES |
|---|---|
| Plaintiff, | |
| V. | (Doc. 3) |
| NANCY A. BERRYHILL, acting as Commissioner of Social Security, | CASE NUMBER: 1:17-CV-1559-GSA |
| Defendant. | |

Having considered the application to proceed without prepayment of fees under 28 USC § 1915;

IT IS ORDERED that the application is:

[X]  GRANTED

[X]  IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

[ ]  DENIED, for the following reasons:

ENTERED: November 28, 2017

                                                         **/s/ Gary S. Austin**
                                       United States Magistrate Judge Gary S. Austin